UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE DANIEL ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>L. SMITH, et al.,<br><br>Defendants. | No. 2:22-cv-01595-TLN-EFB<br><br><br><br>**ORDER** |

Plaintiff, an individual in the custody of a state hospital, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2022, are ADOPTED IN FULL;
2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is DENIED; and
3. Plaintiff is ordered to pay the $402 filing fee within fourteen days from the date of this order and is warned that failure to do so will result in the dismissal of this action.

**DATED: January 2, 2023**

Troy L. Nunley
United States District Judge