UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE DANIEL ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>L. SMITH, et al.,<br><br>Defendants. | No. 2:22-cv-01595-TLN-EFB<br><br><br><br>**ORDER** |

Plaintiff, an individual in the custody of a state hospital, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2023, the Court denied Plaintiff's application for leave to proceed in forma pauperis and granted plaintiff fourteen days within which to pay the $402 filing fee for this action.[1] (ECF No. 5.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. *Id.* Plaintiff has not paid the fee.

///

///

---

[1] Although it appears from the file that Plaintiff's copy of the Order was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS ORDERED that this action is DISMISSED. The Clerk of the Court is directed to close this case.

**DATED: February 7, 2023**

_____
Troy L. Nunley
United States District Judge

2